FILED

DEC - 7 2005

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Levine, Ellen et al.

                    Plaintiff(s),

        v.

Johanns, Mike

                    Defendant(s).              /

CASE NO.  C-05-4764 MHP

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Sarah Uhlemann                                    , an active member in good standing of the bar of
Oregon                        , whose business address and telephone number is 2100 L Street NW
Washington, DC 20037; (202) 676-2334                                            , having
applied in the above-entitled action for admission to practice in the Northern District of
California on a *pro hac vice* basis, representing Plaintiffs Levine et al.

        IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac
vice*. Service of papers upon and communication with co-counsel designated in the application
will constitute notice to the party. All future filings in this action are subject to the requirements
contained in General Order No. 45, *Electronic Case Filing.*

Dated: 12/6/05

                                        Marilyn Hall Patel
                                        United States District      Judge