PETER D. KEISLER
Assistant Attorney General

JAMES J. GILLIGAN
Assistant Branch Director

ERIC R. WOMACK (IL Bar No. 6279517)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
(202) 514-4020
(202) 616-8470 (fax)

Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DR. ELLEN LEVINE, et al., ) | Case No. 3:05-cv-04764-MHP |
| Plaintiffs, ) | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| v. ) | |
| MIKE JOHANNS, Secretary, ) United States Department of Agriculture, ) | |
| Defendant. ) | |

THE PARTIES HEREBY STIPULATE, pursuant to Local Rule 6-1(a), that the filing deadline for defendant's response to the complaint shall be reset from January 24, 2006, to February 24, 2006. As the initial Case Management Conference is scheduled for March 27, 2006, the parties believe that this extension will not affect the schedule of the case. In support of this stipulation, the parties state the following:

1. Defendant's response to plaintiffs' complaint is currently due on or before January 24, 2006.

2. Defendant's counsel states that he received the complaint in late December.

3. Due to the press of other business on defendant's counsel, defendant requested of

Stipulation to Extend Time to Respond to Complaint, Case No. 3:05-cv-04764-MHP

1            plaintiffs to be allowed until and including February 24, 2006, to file a response to
2            the complaint.
3     4.    Defendant states that additional time is needed to decide whether to answer the
4            complaint or move for leave of court to file a motion to dismiss in advance of the
5            initial Case Management Conference. The plaintiffs represent that they are likely
6            to oppose a motion for leave of court to file a motion to dismiss in advance of the
7            initial Case Management Conference. In the event that such a motion is
8            considered, the parties will attempt to resolve the matter before involving the
9            Court.
10     5.    The initial Case Management Conference is scheduled for March 27, 2006.
11            Accordingly, as the Conference date is not affected by this stipulation, this
12            stipulation will not affect the schedule for this case.
13     6.    No previous time modifications have been made in this case, either by stipulation
14            or Court order.
15     7.    Defendant's counsel represents that concurrence in the filing and signing of the
16            document has been obtained from plaintiffs' counsel.
17
18 DATED: January 11, 2006

Respectfully submitted,

| | |
|---|---|
| COREY EVANS<br>GENEVA PAGE<br>Evans & Page<br><br>CARTER DILLARD<br>JONATHAN R. LOVVORN | PETER D. KEISLER<br>Assistant Attorney General<br><br>JAMES J. GILLIGAN<br>Assistant Branch Director |

    */s/ Sarah Uhlemann*                                 */s/ Eric Womack*

SARAH UHLEMANN  
*Appearing pro hac vice*  
(OR Bar No. 05452)  
The Humane Society of the United States  
2100 L. Street, N.W.  
Washington, DC 20037  
Tel: (202) 676-2334  
Fax: (202) 778-6132  

ERIC R. WOMACK  
(IL Bar No. 6279517)  
Trial Attorney  
United States Department of Justice  
Civil Division, Federal Programs Branch  
20 Massachusetts Avenue, N.W.  
Washington, D.C. 20530  
(202) 514-4020  
(202) 616-8470 (fax)  

Attorneys for Plaintiffs                             Attorneys for Defendant

**IT IS SO ORDERED**

*[signature]*  
Judge Marilyn H. Patel  
United States District Court, Northern District of California

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of January 2006, I caused a true copy of the foregoing Stipulation to Extend Time to Respond to Complaint to be served on plaintiffs' counsel electronically by means of the Court's ECF system.

                               _/s/ Eric Womack_

                               Eric Womack