FILED

FEB 1 4 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DR. ELLEN LEVINE, et al., | Case No. 3:05-cv-04764-MHP |
| Plaintiffs, | [Proposed Order] |
| v. | **ORDER SETTING BRIEFING SCHEDULE** |
| MIKE JOHANNS, Secretary, United States Department of Agriculture, | |
| Defendant. | |

PURSUANT TO STIPULATION, IT IS SO ORDERED that briefing on the defendant's

motion to dismiss shall proceed as follows *and as permitted at the*

*Case Management Conference:*

    a.    Defendant's Motion to Dismiss Due on or Before April 6, 2006

    b.    Plaintiffs' Opposition Due on or Before May 5, 2006

    c.    Defendant's Reply Due on or Before May 17, 2006

DATED: 2/14/06

HONORABLE MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE