UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **DR. ELLEN LEVINE**, et al., | C-05-4764 MHP |
| Plaintiffs, | [Proposed] |
| | **ORDER GRANTING STIPULATED** |
| v. | **REQUEST TO EXTEND TIME TO** |
| | **FILE ADMINISTRATIVE RECORD** |
| **MIKE JOHANNS**, | |
| Defendant. | |

PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiffs' Request To Extend Time To File Administrative Record is granted. The Administrative Record shall be filed on or before June 29, 2007.

Dated: 6/1/2007



**Honorable**
United

IT IS SO ORDERED
Judge Marilyn H. Patel