UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

|  |  |  |
|---|---|---|
| **DR. ELLEN LEVINE**, et al., | ) | C-05-4764 MHP |
| Plaintiffs, | ) | [Proposed] |
|  | ) | **ORDER GRANTING STIPULATED** |
| v. | ) | **REQUEST TO DISPENSE WITH** |
|  | ) | **FILING A STATEMENT OF** |
| **MIKE JOHANNS**, | ) | **UNDISPUTED FACTS** |
| Defendant. | ) |  |

PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiffs' Request to Dispense with Filing a Statement of Undisputed Facts is granted.

Dated: 10/23/2007

**Honorable Marilyn H. Patel**
United States District Judge

*IT IS SO ORDERED — Judge Marilyn H. Patel*