United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELLEN LEVINE, et al.,

       Plaintiff(s),

vs.

THOMAS J. VILSACK,

       Defendant(s).
                                                    /

No. C 05-4764 MHP

**ORDER AND JUDGMENT**

The decision on appeal in this matter having vacated this court's grant of summary judgment and having remanded to this court "with instructions to dismiss", and the mandate having spread,

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed and judgment entered herein.

Date: May 17, 2010

MARILYN HALL PATEL
United States District Court Judge